

JEANNETTE J. CLACK
CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**727 East Cesar E. Chavez Blvd., Suite A500**
**San Antonio, Texas 78206**

PHILIP J. DEVLIN
CHIEF DEPUTY

**July 31, 2015**

**Laura L. Lichter**
Lichter Immigration
1601 Vine Street
Denver, CO 80206

Re: Civil Case No. SA-15-CV-631-FB
Gutierrez-Cruz v. Lucero et al

Dear Counsel:

Our records indicate that you are not admitted to practice in this Court. Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding. Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a motion requesting the Court's permission to appear in the above captioned case. If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside the Western District of Texas, the judge may require you to designate local counsel. (Local Rule AT-2).

If you have any questions please contact our office.

Sincerely,

JEANNETTE J. CLACK, Clerk

United States District Court

By: ______________________

Amy Jackson, Deputy Clerk

cc: all counsel



JEANNETTE J. CLACK
CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**727 East Cesar E. Chavez Blvd., Suite A500**
**San Antonio, Texas 78206**

PHILIP J. DEVLIN
CHIEF DEPUTY

**July 31, 2015**

**R. Andrew Free**
Law Office of R. Andrew Free
Bank of America Plaza
414 Union St - Ste 900
Nashville, TN 37219

Re: Civil Case No. SA-15-CV-631-FB
Gutierrez-Cruz v. Lucero et al

Dear Counsel:

Our records indicate that you are not admitted to practice in this Court. Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding. Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a motion requesting the Court's permission to appear in the above captioned case. If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside the Western District of Texas, the judge may require you to designate local counsel. (Local Rule AT-2).

If you have any questions please contact our office.

Sincerely,

JEANNETTE J. CLACK, Clerk

United States District Court

By: ______________________

Amy Jackson, Deputy Clerk

cc: all counsel