AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Lolian Celina Gutierrez Cruz | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 5:15-cv-00631 |
| Henry Lucero et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lolian Celina Gutierrez Cruz.

Date: 07/31/2015

s/ Laura L. Lichter
*Attorney's signature*

Laura L. Lichter
*Printed name and bar number*
Lichter Immigration
1601 Vine Street
Denver, CO 80206

*Address*

LLichter@LichterImmigration.com
*E-mail address*

(303) 554-8400
*Telephone number*

(303) 554-8099
*FAX number*