IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
July 8, 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____ Deputy Clerk

IN RE: ADMISSION OF:

**Laura L. Lichter**

## ORDER

On this date came on to be considered the request of counsel for admission to practice in the Western District of Texas and for the administration of the attorney's oath by a United States District Judge other than a Judge of the Western District of Texas. The Court, having considered the application and motion, finds that the applicant should be admitted to practice in the Western District of Texas and that the oath should properly be administered by a United States District Judge other than a Judge in the Western District of Texas.

ACCORDINGLY, IT IS ORDERED that the United States District Clerk for the Western District of Texas forward to the applicant the appropriate oath form which contains the attorney's oath and signature blocks for the applicant and for a United States District Judge. Such oath may then be administered by a United States District Judge, the form fully executed and returned by the applicant to the United States District Clerk's Office in San Antonio, Texas, and upon completion of the requirements the attorney shall be admitted to practice in the United States District Court for the Western District of Texas.

DATED THIS the 8th day of July, 2015.

_____
**FRED BIERY**
**CHIEF U.S. DISTRICT JUDGE**