IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

IN RE: §

ADMISSION OF §

Laura L. Lichter §

## OATH

I do solemnly swear that I will demean myself as an attorney and counselor of this Court according to the best of my ability and learning, with all good fidelity as well to the Court as to the client; that I will use no falsehood nor delay any persons cause for lucre or malice; and I will support the Constitution of the United States.

Dated this 24th day of July, 2015.

_Signed_

Laura L. Lichter
*Name*

24420
Lichter Immigration
1601 Vine Street
Denver, CO 80206

*Signed by* United States District ~~Judge~~ *Deputy Clerk*

District of Colorado

*Court Seal*