UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
AUG 0 3 2015
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Lolian Celina Gutierrez-Cruz

vs.                                                      Case No.: 5:15-cv-631-FB

Henry Lucero, et al.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by R. Andrew Free, counsel for Lolian Celina Gutierrez-Cruz, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and R. Andrew Free may appear on behalf of Lolian Celina Gutierrez-Cruz in the above case.

IT IS FURTHER ORDERED that R. Andrew Free, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the 3 day of ~~July~~ August, 2015.

_____
UNITED STATES ~~DISTRICT~~ JUDGE